FILED
CHARLOTTE, NC
APR 03 2023
US District Court
Western District of NC

# UNITED STATES DISTRICT COURT
# For the WESTERN DISTRICT OF NORTH CAROLINA

## MISCELLANEOUS NO. 3:23-MC-52

## ORDER

This matter is before the Court on its own motion regarding the assignment of civil and criminal cases and motions to magistrate judges. This Order applies only to cases and motions in the Charlotte Division and is effective April 3, 2023.

1. General division of cases between magistrate judges shall be according to docket number. Odd numbered cases shall be assigned to Magistrate Judge Kessler, and even numbered cases shall be assigned to Magistrate Judge Rodriguez.

2. Notwithstanding primary case or motion assignment per the odd/even docket number system set forth above, either magistrate judge is authorized to handle proceedings in a case primarily assigned to the other. Specifically, a "Duty Magistrate" system whereby the magistrate judges' alternate weeks in and out of court (and handle miscellaneous request of agents and others for complaints, warrants, orders, or other process) is authorized and approved. Further, the magistrate judges are fully authorized to handle work for each other as their schedules or the press of other responsibilities shall require.

3. Pursuant to 28 U.S.C. §§ 636(b) and 636(c) and previous Orders of this Court with respect to Magistrate Judge Keesler and Magistrate Judge Rodriguez, they are authorized to handle and address all such matters as are set forth in the Order of Appointment for Judge Rodriguez that is being entered contemporaneously herewith.

_____
Martin Reidinger
Chief United States District Judge

_____
Robert J. Conrad, Jr.,
United States District Judge

_____
Max O. Cogburn, Jr
United States District Judge

_____
Richard S. Voorhees
Senior United States District Judge

_____
Frank D. Whitney
United States District Judge

_____
Kenneth D. Bell
United States District Judge

_____
Graham C. Mullen
Senior United States District Judge

4